TDD Irrevocable Trust, Appellant, v J & A Saporta Realty Corp., Respondent. [29 NYS3d 194]—In an action, inter

alia, pursuant to RPAPL article 15 to determine claims to real property, the plaintiff appeals, as limited by its brief, from so much of an order of the Supreme Court, Nassau County (Jaeger, J.), dated June 24, 2014, as denied its cross motion for summary judgment on the issue of liability.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

In light of this Court's determination in a related appeal (*see* *TDD Irrevocable Trust v J & A Saporta Realty Corp.*, 139 AD3d 706 [2016] [decided herewith]), this appeal has been rendered academic. Mastro, J.P., Leventhal, Sgroi and Miller, JJ., concur.